UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEHROOZ SARAFRAZ,<br><br>　　　　Defendant. | Case No. 14-cv-02252-EDL<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE FOR DEFENDANT'S CLAIM FOR EXEMPTION**<br><br>Re: Dkt. Nos. 28, 29 |

On December 24, 2014, this Court issued two writs of execution pursuant to which the United States Marshal Service levied and took possession of Defendant's personal property on December 30, 2014. On January 16, 2015, Defendant, proceeding pro se, filed a claim for exemption and a request for a hearing, which he amended on January 22, 2015. Defendant's claim for exemption states that he does not have a substantial ownership interest in some of the removed property and that Plaintiff failed to comply with statutory requirements for the writ of execution, although Defendant does not specify the factual basis for these claims or specifically identify the property he claims is exempted. Defendant requests a February 18, 2015, hearing date so as to allow him time to provide additional documentation and declarations. Pursuant to 28 U.S.C. § 3202(d), this Court sets this matter for a hearing on February 17, 2015, in Courtroom E, 15th Floor, San Francisco, at 11:00 a.m. Defendant is ordered to file a motion of no more than twenty-five (25) pages that explains the basis for his claim of exemption and specifically identifies what property he claims is exempted, along with supporting documentation and declarations, if any, by February 3, 2015. Plaintiff's response of no more than twenty-five (25) pages is due by February 10, 2015. Pursuant to 28 U.S.C. § 3202(e), Defendant's property shall not be sold prior to the

1   February 17, 2015, hearing.

2   **IT IS SO ORDERED**.

3   Dated: January 28, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge