AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

SECURITES & EXCHANGE COMMISSION
      Plaintiff (s),
V.
BEHROOZ SARAFRAZ
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-02252 EDL

Notice is hereby given that, subject to approval by the court, __Defendant BEHROOZ SARAFRAZ__ substitutes
(Party (s) Name)

__ROBERT SPRAGUE__, State Bar No. __67647__ as counsel of record in
(Name of New Attorney)

place of __BEHROOZ SARAFRAZ in propria persona__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: ROBERT SPRAGUE
 Address: 3701 Sacramento Street, Suite 292, San Francisco, CA 94118
 Telephone: (415) 932-8977 Facsimile (415) 480-8887
 E-Mail (Optional): spraguelaw@yahoo.com

I consent to the above substitution.
Date: 2/3/2015
(Signature of Party (s))

I consent to being substituted.
Date: 2/3/2015
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/3/2015
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 12, 2015
*Elizabeth D. Laporte*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]