AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

SECURITIES AND EXCHANGE COMMISSION, Plaintiff(s),

v.

BEHROOZ SARAFRAZ, Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-02252-EDL

Notice is hereby given that, subject to approval by the court, __Behrooz Sarafraz__ (Party(s) Name) substitutes __David T. Chapman__ (Name of New Attorney), State Bar No. __207900__ as counsel of record in place of __Robert Sprague__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Law Office of David T. Chapman
Address: 1050 Northgate Dr., Ste 333
Telephone: (415) 613-9483    Facsimile: (415) 480-6703
E-Mail (Optional): david@davidchapmanlaw.com

I consent to the above substitution.
Date: 4/8/2016
Behrooz Sarafraz (Signature of Party(s))

I consent to being substituted.
Date: April 8, 2016
Robert Sprague (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 4/8/2016
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: April 12, 2016
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]